

# Fourth Court of Appeals
## San Antonio, Texas

August 25, 2021

No. 04-21-00166-CV

Catalina **SALAZAR**,
Appellant

v.

Rosario **GARZA** and Connie Garza,
Appellees

From the County Court, Guadalupe County, Texas
Trial Court No. 2020-CV-0067
Honorable Bill Squires, Judge Presiding

**ORDER**

In accordance with this court's memorandum opinion of this date, this appeal is DISMISSED FOR LACK OF JURISDICTION. Costs on appeal are not taxed against appellant because she qualifies as indigent. *See* TEX. R. APP. P. 20.1, TEX. R. CIV. P. 145.

It is so **ORDERED** on August 25, 2021.

Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of August, 2021.

Michael A. Cruz, Clerk of Court